IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. 07-00252-CB |
| v. | * | USAO No.:06R00339 |
| | * | |
| DYANA THOMAS | * | VIOLATION: |
| | * | 18 USC § 1341 |

## INFORMATION

THE UNITED STATES CHARGES:

### COUNT ONE

On or about July 29, 2005, in the Southern District of Alabama, Southern Division the defendant,

**DYANA THOMAS**

willfully and knowingly devised and intended to devise a scheme and artifice to defraud Choctaw County Board of Education by means of false and fraudulent pretenses, representations and promises and for the purpose of executing such scheme and artifice to defraud, did cause to be placed in an authorized depository for mail matter an check made payable to Eddie Welch as payment for Eddie Welch presenting a workshop on behalf of the Choctaw County Board of Education that **DYANA THOMAS**, well knew that Eddie Welch did not present.

In violation of Title 18, United States Code, Section 1341.

DEBORAH J. RHODES
UNITED STATES ATTORNEY

AUGUST 2007

1