IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 07·00252.CB |
| v. | * | |
| | * | |
| DYANA THOMAS | * | |

## PLEA AGREEMENT

Defendant **DYANA THOMAS**, and his counsel, Thomas Figures, and the United States of

America have reached a plea agreement in this case, pursuant to Rule 11 of the Federal Rules of

Criminal Procedure, the terms and conditions of which are as follows:

## RIGHTS OF DEFENDANT

1.    **THOMAS** understands his rights as follows:

    a.    To be represented by an attorney;

    b.    To plead not guilty;

    c.    To have a trial by an impartial jury;

    d.    To confront and cross-examine witnesses and to call witnesses and produce

        other evidence in his defense;

    e.    To not be compelled to incriminate himself.

## WAIVER OF RIGHTS AND PLEA OF GUILTY

2.    **THOMAS** waives rights b through e, listed above, and pleads guilty to Count 1 of

the Information, charging a violation of **18 USC § 1341**, Mail Fraud.

3.    **THOMAS** understands that the statements he makes under oath in the plea of guilty

must be completely truthful and that he can be prosecuted for making false statements or perjury

1

for any false statements he makes intentionally in this plea of guilty.

4.    **THOMAS** expects the Court to rely upon his statements here and his response to any questions that he may be asked during the guilty plea hearing.

5.    **THOMAS** is not under the influence of alcohol, drugs, or narcotics.  He has no reason to believe that he is now, or ever has been, insane or of unsound mind and is certain that he is in full possession of his senses and mentally competent to understand this plea agreement and the guilty plea hearing which will follow.

6.    **THOMAS** has had the benefit of legal counsel in negotiating this plea agreement. He has discussed the facts of the case with his attorney, Mr. Figures, and Mr. Figures has explained to **THOMAS** the essential legal elements of the criminal charge which has been brought against him.  Mr. Figures has also explained to **THOMAS** his understanding of the United States' evidence.

7.    **THOMAS** understands that the United States has the burden of proving each of the legal elements of the criminal charge beyond a reasonable doubt.  **THOMAS** and his counsel have discussed possible defenses to the charge.  **THOMAS** believes that his attorney has represented him faithfully, skillfully, and diligently, and he is completely satisfied with the legal advice of his attorney.

8.    A separate document, entitled Factual Resume, will be submitted to the Court as evidence at the guilty plea hearing.  The Factual Resume is incorporated by reference into this Plea Agreement.  **THOMAS** and the United States agree that the Factual Resume is true and correct.

9.    This plea of guilty is freely and voluntarily made and is not the result of force,

threats, promises, or representations apart from those set forth in this plea agreement.  There have been no promises from anyone as to the particular sentence that the Court may impose.

**THOMAS** avers that he is pleading guilty because he knows that he is guilty and wants the benefits of this plea agreement.

## PENALTY

10.   The maximum penalty the Court could impose as to Count 1 of the Information is:

    a.    5 years incarceration;

    b.    A fine not to exceed $250,000;

    c.    A term of supervised release of 3 years, which would follow any term of imprisonment.  If **THOMAS** violates the conditions of supervised release, he could be imprisoned for the entire term of supervised release;

    d.    A mandatory special assessment of $100.00; and

    e.    Full restitution.

## SENTENCING

11.   The United States may provide all relevant sentencing information to the Probation Office for purposes of the pre-sentence investigation.  Relevant sentencing information includes but is not limited to all facts and circumstances of this case and information concerning **THOMAS'** background.

12.   **THOMAS** understands that this plea agreement does not create any right to be sentenced within, or below, any particular punishment range and fully understands that determination of the sentencing range or guideline level, as well as the actual sentence imposed, is solely the province of the Court.

13. **The United States will recommend that the defendant be sentenced at the low end of the Advisory Guideline range.**

14. Both **THOMAS** and the United States are free to allocute fully at the time of sentencing.

15. **THOMAS** agrees to tender $100.00 to the U.S. District Court Clerk in satisfaction of the mandatory special assessment in this case. The United States reserves the right to withdraw any favorable recommendations it may agree to within this document if **THOMAS** fails to pay the special assessment prior to or at the time of his sentencing.

## RESTITUTION

16. Pursuant to 18 U.S.C. §§ 3556 and 3663(A), restitution is mandatory. **THOMAS** agrees to make full restitution, to the following victim in the amount listed below:

Choctaw County Board of Education   $1200.00

17. **THOMAS** understands and agrees that the determination of the actual amount of restitution is solely within the discretion of the Court.

18. **THOMAS** agrees to pay full restitution, whether the restitution amount relates to the counts of conviction, or not.

## UNITED STATES' OBLIGATIONS

19. The United States will not bring any additional charges against **THOMAS** related to the facts underlying the Information. This agreement is limited to the United States Attorney's Office for the Southern District of Alabama and does not bind any other federal, state, or local prosecuting authorities.

## LIMITED WAIVER OF RIGHT TO APPEAL SENTENCE

20.    **THOMAS** acknowledges that he is aware that 18 U.S.C. § 3742 affords a defendant the right to appeal the sentence imposed.  In exchange for the recommendations made by the United States in this Plea Agreement, **THOMAS** knowingly and voluntarily waives the right to appeal any sentence imposed in accordance with the recommendations of the United States contained herein.

21.  With the limited exceptions noted below, **THOMAS** also waives his right to challenge any sentence so imposed, or the manner in which it was determined, in any collateral attack, including but not limited to, a motion brought under 18 U.S.C. § 2255.

22.  **THOMAS** reserves the right to contest in an appeal or post-conviction proceeding any of the following:

> a.  Any punishment imposed in excess of the statutory maximum;
>
> b.  Any punishment that constitutes an upward departure from the guideline range; or
>
> c.  A claim of ineffective assistance of counsel.

23.    In addition, **THOMAS** reserved the right to petition the Court for re-sentencing pursuant to 18 U.S.C. § 3582 in the event of a future retroactive amendment to the Sentencing Guidelines which would affect the defendant's sentence.

## VIOLATION OF AGREEMENT

24.  **THOMAS** understands that if he violates any provision of this agreement, the United States will be free from any obligations imposed by this agreement and will be free to prosecute **THOMAS** on any charges of which it has knowledge.  In such event, **THOMAS** agrees not to

I am the attorney for **DYANA THOMAS**.  I have fully explained his rights to him with respect to the offense charged in the Information in this matter.  I have carefully reviewed every part of this Plea Agreement with him.  To my knowledge, his decision to enter into this agreement is an informed and voluntary one.  I have carefully reviewed the Factual Resume, incorporated herein, with **THOMAS** and to my knowledge, his decision to stipulate to the facts is an informed, intelligent and voluntary one.

Date:_____

_____
THOMAS FIGURES
Counsel for Defendant

7

assert any objections to prosecution that he might have under the Speedy Trial Act.

## **ENTIRETY OF AGREEMENT**

25. This document is the complete statement of the agreement between **THOMAS**

and the United States and may not be altered unless done so in writing and signed by all the

parties.

Respectfully submitted,
DEBORAH J. RHODES
UNITED STATES ATTORNEY

Date: 8/28/07

Vicki M. Davis
Assistant United States Attorney

I have consulted with my counsel and fully understand all my rights with respect to the

offense charged in the Information pending against me. I have read this Plea Agreement and

carefully reviewed every part of it with my attorney. I understand this agreement, and I

voluntarily agree to it. I hereby stipulate that the Factual Resume, incorporated herein, is true

and accurate in every respect, and that had the matter proceeded to trial, the United States could

have proved the same beyond a reasonable doubt.

Date:_____

DYANA THOMAS
Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA      \*

                                           \*

v.                                         \*        **CRIMINAL NO.**

                                           \*

**DYANA THOMAS**                  \*

                                           \*

### FACTUAL RESUME

Defendant **DYANA THOMAS** admits the allegation in Count One of the Information.

### ELEMENTS OF THE OFFENSE

In order to prove a violation of Title 18, United States Code, Section 1341, as charged in Count One of the Information, the United States must prove:

    **First:**      That the Defendant knowingly devised or participated in a scheme to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations or promises;

    **Second:**      That the Defendant did so willfully with an intent to defraud; and

    **Third:**      That the Defendant used the United States Postal Service by mailing, or by causing to be mailed, some matter or thing for the purpose of executing the scheme to defraud.

### OFFENSE CONDUCT

I, **DYANA THOMAS**, admit in open court and under oath that the following statement is true and correct and constitutes evidence in this case.

I, **DYANA THOMAS**, during the summer of 2005, was the principal of Choctaw County High School (CCHS). As such, I scheduled professional development seminars at CCHS listing as instructors, people that I knew would not participate, but whom I would pay. I arranged for faux instructors to receive $800.00 for teaching the seminars. The Choctaw Board of Education

(CBOE) mailed a check to two of the three instructors who never taught seminars.  The recipients of the checks were Ebony Young and Eddie Welch.

I, **DYANA THOMAS**, mailed or caused to be mailed,  a check in the amount of $800.00 made payable to Eddie Welch, addressed to Welch at a Mobile, Alabama address.  **I, DYANA THOMAS**, retrieved the check from the mail and hand delivered it to Welch.  Welch negotiated the check and tendered some of the cash to me.

I, **DYANA THOMAS**, gave a statement to investigators admitting: that I  knew that Welch did not participate in the seminar because Welch is a barber.  I admitted that I caused the check to be remitted, and that I retrieved the check from the United States mail.

At all times, I acted knowingly, with the specific intent to violate the law.

END OF STATEMENT

AGREED TO AND SIGNED THIS _____ DAY OF _____, 2007.

Respectfully submitted,

DEBORAH J. RHODES
UNITED STATES ATTORNEY

By:_____
Vicki M. Davis
Assistant United States Attorney

_____
DYANA THOMAS
Defendant

_____
THOMAS FIGURES
Counsel for Defendant, Dyana Thomas

2