# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | Case No. 07-00252-CB |
| | * | |
| vs. | * | |
| | * | |
| **DYANA THOMAS** | * | |

## GOVERNMENT'S POSITION RELATING TO
## PRESENTENCE INVESTIGATION REPORT AND GUIDELINE FACTORS

COMES NOW the United States of America, by and through its attorney, Deborah J. Rhodes, the United States Attorney for the Southern District of Alabama, and responds as follows to the presentence investigation report and guideline factors and calculations contained therein:

The United States has no objection to the presentence investigation filed herein and adopts the application and determination of sentencing factors and the guidelines calculations contained therein.

WHEREFORE, the Government files its response to the presentence investigation report and the guideline computations contained therein.

        Respectfully submitted,
        DEBORAH J. RHODES
        UNITED STATES ATTORNEY
        by:

        /s/ *Vicki M. Davis*
        Vicki M. Davis (DAVIV5174)
        Assistant United States Attorney
        United States Attorney's Office
        63 South Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845
        Facsimile: (251) 441-5277
        E-mail: vicki.davis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Thomas H. Figures, Esquire, counsel for defendant, and the United States Probation Office.

*/s/Vicki M. Davis*
Vicki M. Davis
Assistant United States Attorney