# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA      *

VS.      * CASE NO. 07-00252-CB

DYANA THOMAS      *

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

Comes now the defendant, by and through undersigned counsel, pursuant to the Standing Order on Sentencing Procedures Under the Sentencing Reform Act of 1984, and files his position with respect to sentencing factors as follows:

Although the defendant questions the relevance of paragraph 10 of the Presentence Investigation Report, and fails to conceive a pertinent reason as to its inclusion, the defendant realizes that it is not a factor material to sentencing. Therefore, the defendant adopts the Report and application of the guidelines contained therein.

                                               **s/Thomas H. Figures**
                                               Attorney for the Defendant
                                               FIGUT 8859
                                               212 South Lawrence Street
                                               Mobile, Alabama 36602-1919
                                               <u>Mailing Address</u>
                                               Post Office Box 2645
                                               Mobile, Alabama 36652-2645
                                               (251) 433-0416
                                               (251) 433-0470 Facsimile
                                               thfigures@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to Vicki M. Davis, Assistant United States Attorney, Southern District of Alabama, and the United States Probation Office, United States District Court, Southern District of Alabama.

                                               **s/Thomas H. Figures**