IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CASE NO. 07-00252-CB |
| DYANA THOMAS | * | |

### NOTICE TO CLERK THAT SENTENCING MAY EXCEED THIRTY MINUTES IN LENGTH

Comes now the defendant, by and through undersigned counsel, pursuant to paragraph 7 of the Standing Order regarding Sentencing Procedures under the Sentencing Reform Act of 1984, and gives notice that, because the defendant may call up to seven individuals to comment as to his character and/or performance as principal of Choctaw County High School, all of whom have been requested to limit their comments to a maximum of three (3) minutes each, the sentencing proceeding may exceed thirty (30) minutes in length, but should not exceed forty-five (45) minutes.

> **s/ Thomas H. Figures**
> Attorney for the Defendant
> FIGUT 8859
> 212 South Lawrence Street
> Mobile, Alabama 36602-1919
> <u>Mailing Address</u>
> Post Office Box 2645
> Mobile, Alabama 36652-2645
> (251) 433-0416
> (251) 433-0470 Facsimile
> thfigures@msn.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Vicki M. Davis, Assistant United States Attorney, Southern District of Alabama, and the United States Probation Office, United States District Court, Southern

District of Alabama.

**s/Thomas H. Figures**