# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| V. | |
| DYANA THOMAS | CASE NUMBER: 07-00252-CB |

I, **DYANA THOMAS**, the above named defendant, who is accused of

using the United States mail to commit fraud in violation of Title 18, United States Code, Section 1341, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 08/22/07 prosecution by indictment and consent that
_Date_
the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _____
_Judicial Officer_